MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
Email: gpimstone@manatt.com
ILEANA M. HERNANDEZ (Bar No. 198906)
Email: ihernandez@manatt.com
MARINA SHVARTS (Bar No. 314146)
Email: mshvarts@manatt.com
2049 Century Park East, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
BLUE SHIELD OF CALIFORNIA LIFE &
HEALTH INSURANCE COMPANY and
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA

Additional counsel listed on next page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| BOND PHARMACY, INC. dba ADVANCED INFUSION SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE; CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:23-cv-01497-MRW<br>Hon. Michael R. Wilner<br><br>**JOINT STATUS REPORT** |

1  GLENN E. SOLOMON (SBN 155674)
2  Email: gsolomon@kslaw.com
   PETER STROTZ (SBN 129904)
3  Email: pstrotz@kslaw.com
4  JONATHAN SHIN (SBN 287602)
   Email: jshin@kslaw.com
5  **KING & SPALDING LLP**
6  633 West Fifth Street, Suite 1600
   Los Angeles, CA  90071
7  Telephone: (213) 443-4355
8  Facsimile: (213) 443-4310

9  *Attorneys for Plaintiff*
10 BOND PHARMACY, INC. DBA ADVANCED INFUSION SOLUTIONS

Plaintiff Bond Pharmacy, Inc. dba Advanced Infusion Solutions ("Plaintiff" or "AIS") and Defendants Blue Shield of California Life & Health Insurance Company and California Physicians' Service dba Blue Shield of California (collectively, "Blue Shield" or "Defendants") submit this joint status report pursuant to the Court's December 14, 2023 Order.

The parties wish to continue to engage in settlement discussions to ascertain if there is a way to amicably resolve this case. On January 31, 2024, Blue Shield sent AIS an updated spreadsheet explaining the adjudication of the claims in dispute and reasons various claims or portions of claims were denied. The parties met and conferred about the issues on February 16, 2024. Plaintiff is in the process of analyzing the claims data from Blue Shield, and will provide a response to each category. In general, Plaintiff noted that the complaint may need to be amended to include additional issues in dispute.

However, as this dispute continues, AIS continues to provide services to Blue Shield members. Accordingly, the parties have an interest in resolving the claims at issue in this litigation and ongoing claims. The parties have discussed scheduling a mediation to facilitate settlement discussions. The parties would like to continue the hearing on Blue Shield Shield's motion to dismiss until after the mediation takes place, if the case remains unresolved. The parties intend to appear by video for the further status conference on February 28.

| | | |
|---|---|---|
| 1 | Dated: February 23, 2024 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | |
| 3 | | By: */s/ Ileana M. Hernandez*\* |
| | | Ileana M. Hernandez |
| 4 | | Attorneys for Defendants |
| | | BLUE SHIELD OF CALIFORNIA |
| 5 | | LIFE & HEALTH INSURANCE |
| | | COMPANY and CALIFORNIA |
| 6 | | PHYSICIANS' SERVICE dba |
| | | BLUE SHIELD OF CALIFORNIA |
| 7 | Dated: February 23, 2024 | KING & SPALDING, LLP |
| 8 | | |
| 9 | | By: */s/ Jonathan Shin* |
| | | Jonathan Shin |
| 10 | | Attorneys for Plaintiff |
| | | BOND PHARMACY, INC. DBA |
| 11 | | ADVANCED INFUSION |
| | | SOLUTIONS |

\*Under Local Rule 5-4.3.4(a)(2), the filer attests that all signatories have concurred in the content of this document and have authorized this filing.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS