UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV23-1497-MRW                                          Date: 2/28/2024

Title   Bond Pharmacy, Inc. v. Blue Shield of California Life and Health Insurance Co. et al

Present: The Honorable:   Michael R. Wilner

| Eddie Ramirez | CS 2/28/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jonathan Shin | Ileana M. Hernandez |

**Proceedings:**   **STATUS CONFERENCE RE MOTION TO DISMISS – 25 (VIDEO)**

    Case called. Counsel make their appearance.

    Status conference held as stated on the record. Parties to file a status report 2 weeks after mediation. Court to schedule a status conference thereafter.

|  |
|---|
| 00:17 |
| ER |