## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-1497 MRW | Date | July 17, 2024 |
|---|---|---|---|
| Title | Bond Pharmacy v. Blue Shield of California | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| Eddie Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff: | Attorneys for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**     ORDER RE: CASE STATUS

      1.    The parties have not filed a status report following their anticipated June 2024 mediation session. (Docket # 28.) The Court therefore directs the litigants to file a joint report by or before July 24.

      2.    Note that Judge Wilner will be leaving the district court effective August 16. If the matter remains unresolved by then, the parties will either need to select a new magistrate judge to preside over the case or accept a random reassignment to a district judge.

      3.    If it would be helpful to hold a short hearing (or an informal video call) in the first week of August to discuss these issues, please put that in your status report.