MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
Email: gpimstone@manatt.com
ILEANA M. HERNANDEZ (Bar No. 198906)
Email: ihernandez@manatt.com
MICHAEL NORDON (Bar No. 317078)
Email: mnordon@manatt.com
2049 Century Park East, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
BLUE SHIELD OF CALIFORNIA LIFE &
HEALTH INSURANCE COMPANY and
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA

Additional counsel listed on next page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| BOND PHARMACY, INC. dba ADVANCED INFUSION SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE; CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:23-cv-01497-MRW<br>Hon. Michael R. Wilner<br><br>**JOINT STATUS REPORT** |

| | |
|---|---|
| 1 | GLENN E. SOLOMON (SBN 155674) |
| 2 | Email: gsolomon@kslaw.com |
|   | PETER STROTZ (SBN 129904) |
| 3 | Email: pstrotz@kslaw.com |
| 4 | JONATHAN SHIN (SBN 287602) |
|   | Email: jshin@kslaw.com |
| 5 | **KING & SPALDING LLP** |
| 6 | 633 West Fifth Street, Suite 1600 |
|   | Los Angeles, CA  90071 |
| 7 | Telephone: (213) 443-4355 |
| 8 | Facsimile: (213) 443-4310 |
| 9 | *Attorneys for Plaintiff* |
| 10 | BOND PHARMACY, INC. DBA ADVANCED INFUSION SOLUTIONS |

Plaintiff Bond Pharmacy, Inc. dba Advanced Infusion Solutions ("Plaintiff" or "AIS") and Defendants Blue Shield of California Life & Health Insurance Company and California Physicians' Service dba Blue Shield of California (collectively, "Blue Shield" or "Defendants") submit this joint status report pursuant to the Court's July 17, 2024 Order.

**The Parties' scheduled mediation**

While the parties had initially hoped to have mediation in June, due to scheduling conflicts and the need to review and analyze the claims data, the parties initially scheduled mediation to take place before Dan Platt on August 1, 2024. The August 1, 2024 mediation has been taken off-calendar for reasons set forth herein, and a supplemental joint report can be provided if and when a new mediation date is agreed to.

**Exchange of Claims Data**

On January 31, 2024, Blue Shield sent AIS an updated claims spreadsheet explaining the adjudication of the claims in dispute and reasons various claims or portions of claims were denied. The parties met and conferred about the issues on February 16, 2024. On July 8, 2024, AIS sent an updated claims spreadsheet that added nearly 1400 claim lines which were identified as unpaid or allegedly underpaid, along with AIS's understanding as to the denial reason for the claims. AIS also has requested certain information from Blue Shield relating to certain categories of claims.

Blue Shield has informed AIS that it is unable to analyze all of the new data and gather the requested information or documents before the previously scheduled August 1, 2024 mediation with JAMS, and because of this, an August 1, 2024 mediation was not possible. AIS requested that the mediation go forward on August 1, 2024, offering to discuss only those claims which Blue Shield had already been able to review, and to have discussions towards an agreement regarding ongoing and future services provided by AIS to Blue Shield members. Blue Shield declined,

taking the position that it would be more efficient and productive for the parties to participate in a mediation session addressing a more global settlement, including AIS' more recently identified claims. Blue Shield requested to the mediator's case coordinator that the August 1, 2024 mediation be taken off calendar.

**Status of the Continued Mediation**

As noted in the parties' February 23, 2024 status report, AIS continues to provide services to Blue Shield members. The parties are interested in resolving the claims at issue in this litigation and ongoing claims. When the parties are able to mediate the current claims at issue, the parties also intend to discuss how to proceed with future services provided by AIS to Blue Shield members.

The parties are working with the mediator's case coordinator on reserving a new date in September or October 2024. The parties can provide a supplemental joint report to this Court once a new date is confirmed.

| | | |
|---|---|---|
| 1 | Dated: July 24, 2024 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | |
| 3 | | By: */s/ Ileana M. Hernandez*\*<br>Ileana M. Hernandez |
| 4 | | Attorneys for Defendants<br>BLUE SHIELD OF CALIFORNIA |
| 5 | | LIFE & HEALTH INSURANCE<br>COMPANY and CALIFORNIA |
| 6 | | PHYSICIANS' SERVICE dba<br>BLUE SHIELD OF CALIFORNIA |
| 7 | Dated: July 24, 2024 | KING & SPALDING, LLP |
| 8 | | |
| 9 | | By: */s/ Jonathan Shin*<br>Jonathan Shin |
| 10 | | Attorneys for Plaintiff<br>BOND PHARMACY, INC. DBA |
| 11 | | ADVANCED INFUSION |
| 12 | | SOLUTIONS |
| 13 | | \*Under Local Rule 5-4.3.4(a)(2), the filer attests that all signatories have |
| 14 | | concurred in the content of this document and have authorized this |
| 15 | | filing. |