UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV23-01497-MRW | Date: 8/7/2024 |
| Title | Bond Pharmacy, Inc. v. Blue Shield of California Life and Health Insurance Co, et al |

Present: The Honorable:   Michael R. Wilner, United States Magistrate Judge

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Glenn E. Solomon<br>Jonathan Shin | Michael Gregory Nordon |

**Proceedings:  INFORMAL VIDEO CONFERENCE – 31 (VIDEO)**

    Case called. Counsel made their appearance. Informal video conference held.

|  |
|---|
| :11 |
| ER |