UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:23-CV-01497-SB-SSC | Date: | September 6, 2024 |
|---|---|---|---|

| Title: | Bond Pharmacy, Inc. v. Blue Shield of California Life and Health Insurance Company et al. |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Glenn E. Solomon | Ileana M. Hernandez |
| Jonathan Shin | |

**Proceedings: (Minutes of)** Mandatory Settlement Conference **(Held and completed)**

    Case called and appearances made. The Court heard from the parties about the contents of their joint Rule 26(f) report. A case management order will be issued separately.

    The parties shall exchange their initial disclosures by September 13, 2024.

    0:16