MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
Email: gpimstone@manatt.com
ILEANA M. HERNANDEZ (Bar No. 198906)
Email: ihernandez@manatt.com
MICHAEL NORDON (Bar No. 317078)
Email: mnordon@manatt.com
2049 Century Park East, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
BLUE SHIELD OF CALIFORNIA LIFE &
HEALTH INSURANCE COMPANY and
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA

Additional counsel listed on next page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| BOND PHARMACY, INC. dba ADVANCED INFUSION SOLUTIONS,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE; CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:23-cv-01497-MWC-SSC<br><br>Hon. Michelle Williams Court<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1 | GLENN E. SOLOMON (SBN 155674)
2 | Email: gsolomon@kslaw.com
　 | PETER STROTZ (SBN 129904)
3 | Email: pstrotz@kslaw.com
4 | JONATHAN SHIN (SBN 287602)
　 | Email: jshin@kslaw.com
5 | **KING & SPALDING LLP**
6 | 633 West Fifth Street, Suite 1600
　 | Los Angeles, CA  90071
7 | Telephone: (213) 443-4355
8 | Facsimile: (213) 443-4310

*Attorneys for Plaintiff*
BOND PHARMACY, INC. DBA ADVANCED INFUSION SOLUTIONS

Under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bond Pharmacy, Inc. dba Advanced Infusion Solutions ("Plaintiff") and Defendants Blue Shield of California Life & Health Insurance Company and California Physicians' Service dba Blue Shield of California (collectively, "Defendants") hereby stipulate that this entire action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

SO STIPULATED.

Dated: December 31, 2024               MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Ileana M. Hernandez*\*
Ileana M. Hernandez
Attorneys for Defendants
BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY and CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA

Dated: December 31, 2024               KING & SPALDING, LLP

By: */s/ Glenn E. Solomon*
Glenn E. Solomon
Attorneys for Plaintiff
BOND PHARMACY, INC. DBA ADVANCED INFUSION SOLUTIONS

\*Under Local Rule 5-4.3.4(a)(2), the filer attests that all signatories have concurred in the content of this document and have authorized this filing.